In the Matter of CHESTER W. MCNALLY, for Reinstatement as an Attorney, Petitioner.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted January 5, 1948; decided January 15, 1948.

*James I. Cuff* for motion.

*Einar Chrystie* and *James T. Gallagher* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.